UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TRISTAN WHITE

        Plaintiff,

V.                                       CIVIL ACTION NO

TRANSWORLD SYSTEM, INC.

Defendant.                             APRIL 1, 2011

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Bethesda, MD.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is a collector within the MCDCA.

7. Defendant is a collection agency engaged in the business of collecting debts in the State of Maryland with a principal place of business located at 2235

MERCURY WAY, SUITE 275, SANTA ROSA, CA 95407.

8. Defendant and is authorized to do business in Maryland. The principal purpose of Defendant business is the collection of debts and Defendant regularly attempts to collect debts alleged to be due another.

9. Defendant communicated with Plaintiff one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

10. The Plaintiff received excessive and harassing letters and telephone calls from the Defendant attempting to collect a consumer debt, that was for personal, family or household use.

11. In the collection efforts, the Defendant violated the FDCPA, § 1692e by misrepresenting the Plaintiff's right to dispute a debt.

12. The Plaintiff contacted the Defendant by calling the telephone number left by the automated voicemail messages to call the Defendant.

13. Plaintiff called the Defendant and asked if the Defendant would note his oral dispute on the account.

14. Defendant advised the Plaintiff that they would not take an oral dispute that he was required to provide written documentation proving his dispute, in addition to a written request to dispute this debt.

15. Plaintiff was advised by a written collection letter from the Defendant dated November 17, 2009, "*Notice-Statutory dispute period expired 30 days after you received our first letter.  Therefore, we are permitted under the Federal law to assume that this debt is valid.*"

16. Defendant violated §1692e (8) by stating it would not note his account disputed and that they would not report this account to the credit bureaus as disputed if they reported the debt to the credit bureaus.

17. Defendant left voicemail messages on the Plaintiff's mothers telephone, communicating with a third party in their attempt to collect Plaintiff's debt and violated §1692c.

18. Defendant advised the Plaintiff during one conversation with the Defendant's collection agent, on or about November 22, 2010, that Defendant Transworld, charged a $13.00 collection fee, in violation of §1692f.

19. Defendant has violated §1692 e, f and g.

**SECOND COUNT**

20. The allegations of the First Count are repeated and realleged as if fully set forth herein.

21. Within three years prior to the date of this action, Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act §

13-301 et seq., including but not limited to making false, deceptive and misleading statements in violation of §1692e.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.

2. Award Plaintiff statutory damages pursuant to MCDCA

3. Award Plaintiff costs of suit and a reasonable attorney's fee.

4. Award such other and further relief as this Court may see fit.

                    THE PLAINTIFF

                    BY/S/Bernard T. Kennedy
                    Bernard T. Kennedy, Esquire
                    The Kennedy Law Firm
                    P.O. Box 657
                    Edgewater, MD 21037
                    Ph   (443) 607-8901
                    Fax (443) 607-8903
                    Fed. Bar # Md26843
                    bernardtkennedy@yahoo.com