**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **TRISTAN WHITE,** § | |
| § | |
| **Plaintiff,** § | |
| v. § | |
| § | CIVIL ACTION NO. 8:11-cv-00872-DKC |
| **TRANSWORLD SYSTEMS, INC.** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff Tristan White, through counsel, submits this Notice of Pending Settlement and states the parties have reached a verbal settlement of this matter including all parties and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

THE PLAINTIFF
 BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 6/22/11 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Jessica A. Hawkins
    Sessions, Fishman, Nathan & Israel, LLC
    900 Jackson Street, Suite 440
    Dallas, Texas 75202

BY/S/Bernard T. Kennedy