IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRISTAN WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. |
| | | 8:11-cv-00872-DKC |
| TRANSWORLD SYSTEMS, INC. | § | |
| | § | |
| Defendant. | § | AUGUST 31, 2011 |

## NOTICE OF DISSMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                      THE PLAINTIFF

                      BY/S/Bernard T. Kennedy
                      Bernard T. Kennedy, Esquire
                      The Kennedy Law Firm
                      P.O. Box 657
                      Edgewater, MD 21037
                      Ph   (443) 607-8901
                      Fax (443) 607-8903
                      Fed. Bar # Md26843
                      bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 8/31/11 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy